IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-704-WYD-BNB

DEANNA ARMIJO,

    Plaintiff(s),

v.

UTILIQUEST, LLC;
JIM WAFFLE; and
RON DENTINO,

    Defendant(s).

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

The parties have filed a Stipulation for Dismissal with Prejudice on August, 30, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  September 2, 2005

                                      BY THE COURT:


                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge